Name: Arthur Murphy
Address: 1851 N. Green Valley #111
Telephone Phone: 619-405-5650
Email: ArthurTaylor1946@gmail.com

**FILED**
Aug 05 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ soniad  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Arthur Murphy, Plaintiff(s),

v.

VA Veteran Admin, Defendant(s).

Case No.: '21CV1405 MMADEB
(assigned at time of filing)

**COMPLAINT**

Non Payment for exposure xposed to Agent Orange a chemical

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
   ☑ Yes   ☐ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Look, I am a veteran of Viet nam that expose too a chemical called Agent Orange, ~~They~~ had said they werre making a Peoriod that Was there Shore O ship - (Ground crew) or Clear water)
The V.A. Know they are neglegence In paying the Compensation I Prove this,

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)* I want the compensation of getting exposed during transportin Marines at the time of th spraying Agent orange spray is what I know I satisfy all the qualifications

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3        ■ Yes    □ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  
7  8-5-21                                            *Arthur Murphy*
   Date                                                 Signature
8                                                Arthur Murphy
9                                                Printed Name

4